Adam D. Brownrout (SBN 323846)
REED SMITH LLP
101 Second Street
Suite 1800
San Francisco, CA 94105-3659
Telephone: +1 415 659 5978
Facsimile: +1 415 391 8269

Michael B. Galibois
Timothy R. Carwinski
(Applications for *Pro Hac Vice* Admission to be Filed)
REED SMITH LLP
10 South Wacker Drive,
40th Floor
Chicago, IL 60606-7507
Telephone: +1 312 207 1000
Facsimile: +1 415 391 8269

Attorneys for Defendant
AECIQ, a California Corporation

Rachel E. Kaufman (CSB# 259353)
Rachel@kaufmanpa.com
KAUFMAN P.A.
237 S Dixie Hwy, 4th Floor
Coral Gables, Florida 33133
Telephone (305) 469-5881

Attorney for Plaintiff and the Proposed Class

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| EDWARD G NEWMAN JR., individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>AECIQ, a California corporation,<br><br>Defendants. | No.: 2:24-cv-01204-WBS-AC<br><br>**JOINT STIPULATION EXTENDING TIME FOR AECIQ, A CALIFORNIA CORPORATION TO RESPOND TO COMPLAINT; AND PROPOSED ORDER**<br><br>**[Local Rule 144]** |

EDWARD G NEWMAN JR., individually and on behalf of all others similarly situated ("Plaintiff") and AECIQ, a California corporation ("Defendant"), by and through their respective counsel, hereby stipulate and agree as follows:

WHEREAS, Plaintiff served Defendant with the Complaint on April 29, 2024;

WHEREAS, the deadline for Defendant to respond to Plaintiff's Complaint was May 20, 2024;

WHEREAS, counsel for the parties have met and conferred regarding Defendant's responsive pleading deadline;

WHEREAS, Plaintiff's counsel is amenable to agreeing on a new deadline for Defendant to respond to the Complaint;

WHEREAS, in light of the above, all parties agree that the new deadline for Defendant to respond to Plaintiff's Complaint shall be June 14, 2024.

NOW THEREFORE, the parties hereby STIPULATE AND AGREE to extend the deadline for Defendant to respond to Plaintiff's Complaint to June 14, 2024.

**IT IS SO STIPULATED.**

DATED: June 5, 2024

           REED SMITH LLP

           By: */s/ Adam D. Brownrout*
               Michael B. Galibois
               Timothy R. Carwinski
               Adam D. Brownrout
               Attorneys for Defendant
               AECIQ, a California Corporation

DATED: June 5, 2024

           KAUFMAN P.A

           By: */s/ Rachel E. Kaufman*
               Rachel E. Kaufman
               Attorney for Plaintiff

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

No.: 2:24-cv-01204-AC — 2 — US_ACTIVE-180297178.2
JOINT STIPULATION EXTENDING TIME FOR DEFENDANT AECIQ, A CALIFORNIA CORPORATION TO RESPOND TO COMPLAINT; AND ORDER

**ORDER**

Based on the stipulation of the parties, and good cause appearing, the deadline for AECIQ, a California corporation to respond to Plaintiff's Complaint shall be June 14, 2024.

**IT IS SO ORDERED.**

Dated: June 6, 2024

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

REED SMITH LLP
A limited liability partnership formed in the State of Delaware