Rachel E. Kaufman (CSB# 259353)
rachel@kaufmanpa.com
KAUFMAN P.A.
237 South Dixie Highway, 4th Floor
Coral Gables, Florida 33133
Telephone: (305) 469-5881

*Attorney for Plaintiff and the Proposed Class*

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **EDWARD G NEWMAN JR.,** individually and on behalf of all others similarly situated,<br><br>*Plaintiff,*<br><br>v.<br><br>**AECIQ**,<br><br>*Defendant,* | Case No. 2:24-cv-01204-WBS-AC<br><br>**PLAINTIFF'S NOTICE OF MOTION AND MOTION TO COMPEL**<br><br>Hearing Date: June 4, 2025<br>Time: 10:00 a.m.<br>Location: Courtroom 26, 8th Flr<br><br>**Judge: Hon. William B. Shubb**<br>**Magistrate Judge: Hon. Allison Claire** |

   NOTICE IS HEREBY GIVEN that on June 4, 2025 at 10:00 a.m., or as soon thereafter as counsel may be heard, in the Courtroom of Honorable Allison Claire, United States Magistrate Judge for the Eastern District of California, Robert T.

Matsui United States Courthouse, 501 I Street, Sacramento, California 95814, Plaintiff Newman hereby provides notice of and respectfully moves to compel Defendant to provide discovery responses. This motion is based on this Notice of Motion, the forthcoming Joint Statement re Discovery Disagreement, the argument of counsel, all pleadings, records and papers on file, and such other matters that may be presented to the Court.

DATED this May 12, 2025              Respectfully submitted,

By: /s/ Rachel E. Kaufman
Rachel Elizabeth Kaufman
Kaufman P.A.
237 S Dixie Hwy, 4th Floor
Coral Gables, FL 33133
(305) 469-5881
Email: Rachel@kaufmanpa.com

*Attorney for Plaintiff and the putative Classes*

-2-