Adam D. Brownrout (SBN 323846)
Mariah K. Fairley (SBN 336353)
REED SMITH LLP
101 Second Street
Suite 1800
San Francisco, CA 94105-3659
Telephone: +1 415 659 5978
Facsimile: +1 415 391 8269

*Attorneys for Defendant*
*AECIQ, a California Corporation*

Rachel E. Kaufman (CSB# 259353)
Rachel@kaufmanpa.com
KAUFMAN P.A.
237 S Dixie Hwy, 4th Floor
Coral Gables, Florida 33133
Telephone (305) 469-5881

*Attorneys for Plaintiff and the Proposed Class*

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD G NEWMAN JR., Individually and on behalf of all others similarly situated, | No.: 2:24-cv-01204-WBS-AC |
| Plaintiff, | **ORDER RE: JOINT STIPULATION AND APPLICATION TO EXTEND CASE SCHEDULE** |
| vs. | [Local Rule 144] |
| AECIQ, a California corporation, | Compl. Filed: April 26, 2024 |
| Defendants. | Honorable William B. Shubb |

**FOR GOOD CAUSE SHOWN:**

The Joint Stipulation and Application between Plaintiff Edward G. Newman Jr., individually and on behalf of all others similarly situated ("Plaintiff") and Defendant AECIQ is APPROVED.

**IT IS SO ORDERED** that the Scheduling Order is amended as follows:

| Event | Current Deadline | New Deadline |
|---|---|---|
| Discovery and Discovery Motion Cutoff | June 16, 2025 | August 15, 2025 |
| Motion Filing Cutoff | August 18, 2025 | October 17, 2025 |
| Final Pretrial Conference | November 17, 2025 | February 23, 2026 at 1:30 p.m. |
| Jury Trial | January 27, 2026 | April 28, 2026 at 9:00 a.m. |

Dated:  June 9, 2025

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

No.: 2:24-cv-01204-AC          – 2 –

ORDER RE: JOINT STIPULATION AND APPLICATION TO EXTEND CASE SCHEDULE