UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **EDWARD G NEWMAN JR.,** individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>**AECIQ**,<br><br>*Defendant,* | Case No. 2:24-cv-01204-WBS-AC<br><br>**[PROPOSED] ORDER** |

On consideration of the parties' joint stipulation regarding deadline for fees motion, and for good cause, the Motion is granted.

IT IS SO ORDERED that Plaintiff shall have until June 30, 2025 to file any motion for fees in connection with his motion to compel.

DATED this 16th day of June, 2025.

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE