Rachel E. Kaufman (CSB# 259353)
rachel@kaufmanpa.com
KAUFMAN P.A.
237 South Dixie Highway, 4th Floor
Coral Gables, Florida 33133
Telephone: (305) 469-5881

*Attorney for Plaintiff and the Proposed Class*

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| **EDWARD G NEWMAN JR.,** individually and on behalf of all others similarly situated,<br><br>     *Plaintiff*,<br><br>v.<br><br> **AECIQ**,<br><br>     *Defendant.* | No. 2:24-cv-01204-WBS-AC<br><br>**Order Approving Joint Stipulation to Stay Case Pending Mediation**<br><br>**Judge: Hon. William B. Shubb**<br>**Magistrate Judge: Hon. Allison Claire** |
|---|---|

This matter coming to be heard on Plaintiff Edward Newman Jr. and Defendant AECIQ's Joint Stipulation to Stay this Matter Pending Mediation (Plaintiff and Defendant are collectively referred to as the "Parties"), it is hereby ordered:

1)   The Parties' Joint Stipulation to Stay this Matter Pending Mediation is approved;

2) This matter is stayed pending the Parties' October 10, 2025 mediation with all deadlines being held in abeyance until further order of the Court;

3) The February 23, 2026 pretrial conference and April 28, 2026 trial dates are vacated;

4) The Parties shall file a status report regarding whether the October 10, 2025 mediation resulted in settlement by **October 20, 2025**; and

5) A Status Conference Re Settlement is set for **November 3, 2025 at 1:30 p.m.**

Dated:  August 15, 2025

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

-2-