UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| EDWARD G. NEWMAN JR., Individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>AECIQ, a California corporation,<br><br>    Defendant. | No. 2:24-cv-01204 WBS AC<br><br>ORDER |

----oo0oo----

The court previously stayed this action pending the parties' mediation on October 10, 2025, with all deadlines held in abeyance until further order.  (Docket No. 31.)  The parties were instructed to file a Joint Status Report regarding whether the mediation resulted in a settlement.  (Id.)  The parties submitted their Report on October 20, 2025, which stated that defendant had cancelled the mediation and replaced its counsel.  (Docket No. 35.)  In light of this development, plaintiff has requested a new scheduling order.  (Id.)  However, no dates are

1

1   suggested in the request.
2             On or before **November 17, 2025,** the parties shall
3   accordingly file a new Joint Status Report in which they specify
4   dates for their requested scheduling order modification.  The
5   Status (Pretrial Scheduling) Conference scheduled for **November 3,**
6   **2025,** is hereby continued to **December 1, 2025.**
7             IT IS SO ORDERED.
8   Dated:   October 30, 2025

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2